# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WORD,<br><br>       Petitioner,<br><br>   v.<br><br>SCOTT KERNAN, Secretary of CDCR,<br><br>       Respondent. | Case No. LACV 17-7433-SVW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

  Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: __January 7, 2020__        _____
                     HONORABLE STEPHEN V. WILSON
                     UNITED STATES DISTRICT JUDGE