# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WORD,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, Secretary of CDCR,<br><br>　　　　　　Respondent. | Case No. LACV 17-7433-SVW (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 7, 2020　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE